193 F.2d 179
 Eugene F. LUCK, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 13541.
 United States Court of Appeals Fifth Circuit.
 Jan. 7, 1952.
Rehearing Denied Jan. 24, 1952.
 
 Herschel O. Moats, Orlando, Fla., Robert E. Forney, Jacksonville, Fla., for appellant.
 Herbert S. Phillips, U.S. Atty., Tampa. Fla., Ernest L. Duhaime, Asst. U.S. Atty., Miami, Fla., for appellee.
 Before HOLMES, BORAH, and STRUM, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed.